# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CORNELIUS A. BADGER** | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **STRYDEN, INC.** | : | NO. 09-3619 |
| Defendant | : | |

**O R D E R**

AND NOW, this  29TH  day of July, 2010, upon consideration of Plaintiff's unopposed Motion For Leave to File a First Amended Class and Collective Action Complaint, (Doc. No. 36), and Plaintiff's Motion to File a Reply Brief (Doc. No. 40), **IT IS HEREBY ORDERED** that the motions are **GRANTED.**  Plaintiff's "Second Revised Exhibit 'A'" shall be filed as the First Amended Complaint, without prejudice to Defendant's right to raise any and all defenses to the claims set forth therein, through proper pleading and/or motion practice.

The Clerk of Court is directed to docket this document (Doc. No. 41-4) as Plaintiff's First Amended Complaint.

BY THE COURT:

 /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
UNITED STATES MAGISTRATE JUDGE