IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CORNELIUS A. BADGER, JR., et al.,** : | |
|     **Plaintiffs,** : | |
| : | **CIVIL ACTION NO.:** |
| **v.** : | |
| : | **2:09-CV-3619-CDJ** |
| **STRYDEN, INC., et al.,** : | |
|     **Defendants.** : | |

## ORDER

**AND NOW**, this 25th day of May, 2016, upon consideration of Defendant Stryden's Motion to Dismiss the Second Amended Complaint, (Dkt No. 192), and Plaintiffs' Response in Opposition filed by Donald Thomas, Mikail Abdul Karim, James Horton, and Goldie Hemmingway, (Dkt No. 200), it is hereby **ORDERED** that Defendant's Motion to Dismiss is **GRANTED IN PART, DENIED IN PART** as follows:

1. In so far as Defendant Moves to Dismiss Count I of the Second Amended Complaint, the Motion is **GRANTED**. Count I of the Second Amended Complaint is **DISMISSED**.

2. In so far as Defendant Moves to Dismiss Count II of the Second Amended Complaint, the Motion is **DENIED**.

3. In so far as Defendant Moves to Dismiss Count III of the Second Amended Complaint, the Motion is **GRANTED**. Count III of the Second Amended Complaint is **DISMISSED**.

                                                                   **BY THE COURT:**

                                                                     **/s/ C. Darnell Jones, II**
                                                                     **C. DARNELL JONES, II    J.**