## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CORNELIUS A. BADGER, JR., et al.,** : | |
|     Plaintiffs, : | |
| : | **CIVIL ACTION NO.:** |
| v. : | |
| : | **2:09-CV-3619-CDJ** |
| **STRYDEN, INC., et al.,** : | |
|     Defendants. : | |

### ORDER

**AND NOW**, this 25th day of May, 2016, upon consideration of Defendants' Motion to Dismiss for Failure to State a Claim and Pursuant to FRCP 41(b) filed by Defendants Alamo Rent-A-Car, Enterprise Holdings, Inc., Enterprise Rent-A-Car, and National Car Rental, (Dkt No. 214), the Plaintiffs' Response in Opposition filed by Donald Thomas, Mikail Abdul Karim, Jams Horton, and Goldie Hemmingway, (Dkt No. 222), and Defendants' Reply Brief in Support of the Motion to Dismiss (Dkt No. 226), it is hereby **ORDERED** that Defendant's Motion to Dismiss is **GRANTED**.

**JUDGMENT** is hereby **ENTERED** in favor of Defendants Alamo Rent-A-Car, Enterprise Holdings, Inc., Enterprise Rent-A-Car, and National Car Rental.

The Clerk's Office is hereby directed to **CLOSE** this matter.

BY THE COURT:

/s/ C. Darnell Jones, II

C. DARNELL JONES, II     J.